**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OLIVIA KEYES<br><br>        Plaintiff<br>  v.<br><br>ERNESTO PISCIL-MORALES, a/k/a ERNEST PISCK-MORALES; J.B. HUNT TRANSPORT SERVICES, INC. a/k/a J.B. HUNT TRANSPORT, INC. a/k/a J.B. HUNT LOGISTICS, INC.; and JOHN DOE(S) 1-3, fictitious name(s), currently used to designate one or more unknown parties to this incident, j/s/a<br><br>        Defendants | CIVIL ACTION<br><br>NO. _____ |

**NOTICE OF REMOVAL**

      Defendants, J.B. Hunt Transport Services, Inc. ("JB Hunt") and Ernesto Piscil-Morales ("Morales") (collectively "Defendants"), by and through their undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, to remove this action styled *Olivia Keyes v. Ernesto Piscil-Morales, et al.,* from the Court of Common Pleas, Philadelphia County, Pennsylvania, Civil Trial Division, February Term, 2026, No. 260202420, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof, aver as follows.

      1.      On February 18, 2026, Plaintiff Olivia Keyes ("Plaintiff") commenced a civil action by filing a Complaint in the Court of Common Pleas of Philadelphia County, Case ID 260202420 ("Start Court Action"). A copy of the Complaint is attached hereto as Exhibit "A".

      2.      This Notice of Removal is being filed within thirty (30) days after Defendants' receipt of the Complaint, from which it was ascertained that this case qualifies for removal under 28 U.S.C § 1446(b)(3).

**I.     Removal Based on Diversity of Citizenship under 28 U.S.C. § 1332(a)**

3. "A natural person is deemed to be a citizen of the state where he is domiciled." *Swiger v. Allegheny Energy, Inc.* 540 F.3d 179, 182 (3d Cir. 2008). Likewise, a "corporation is a citizen both of the state where it is incorporated and of the state where it has its principal place of business." *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F. 3d 412, 419 (3d Cir. 2010); see 28 U.S.C. § 1332(c)(1).

4. Plaintiff is a citizen of the Commonwealth of Pennsylvania. *See* Exhibit "A" at ¶1.

5. At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Defendant Morales is domiciled in New Haven, Connecticut. *Id.*

6. At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Co-Defendant, JB Hunt Transport, Inc. was and is incorporated in the State of Georgia with its principal place of business in Arkansas. Thus, it is a citizen of Georgia and Arkansas.

7. Given the foregoing, complete diversity exists amongst the parties in this matter. See 28 U.S.C. § 1332.

**II.    Amount in Controversy Exceeds $75,000**

8. Plaintiff's Complaint alleges negligence by Defendants resulted in serious injuries. *See* Ex. A, ¶¶4-9.

9. Plaintiff's Complaint alleges damages in excess of $50,000. *See* Id.

10. On March 4, 2026, Plaintiff's attorney confirmed via email that Plaintiff's damages are in excess of $75,000. *See* Correspondence, attached hereto as Exhibit "B".

11. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3), as it is being filed within thirty (30) days of Defendants' receipt of written confirmation establishing that the amount in controversy exceeds $75,000, exclusive of interest and costs.

### III.   Proper Procedure for Removal of this Civil Action was Followed.

12. Based upon the above, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 and 1441 in that Plaintiff Keyes' Complaint, as well as representations by her counsel, presents a case where the amount in controversy is alleged to exceed $75,000 and the controversy exists between citizens of different states.

13. This case is removable from the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. §§ 1441(a) and 1446 et seq., in that this case was initially brought in a state court within the geographical area of the Eastern District of Pennsylvania.

14. Following the filing of the within Notice of Removal, Defendants will give written notice of this filing by file a copy with the Prothonotary of the Court of Common Pleas, Philadelphia County, Pennsylvania and will provide Notice of Removal to all adverse parties pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

**SALMON, RICCHEZZA, SINGER & TURCHI, LLP**

By: /s/ Andrew D. Verrier
_____
Zachary J. Ballard, Esq. (PA. I.D. 206177)
Lisa M. Only, Esq. (PA I.D. 306514)
Andrew D. Verrier (PA I.D. 332076)
*Attorneys for Defendants*
*J.B. Hunt Transport Services, Inc. and Ernesto Piscil-Morales*

Dated: March 9, 2026

**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OLIVIA KEYES<br><br>        Plaintiff<br>   v.<br><br>ERNESTO PISCIL-MORALES, a/k/a ERNEST PISCK-MORALES; J.B. HUNT TRANSPORT SERVICES, INC. a/k/a J.B. HUNT TRANSPORT, INC. a/k/a J.B. HUNT LOGISTICS, INC.; and JOHN DOE(S) 1-3, fictitious name(s), currently used to designate one or more unknown parties to this incident, j/s/a<br><br>        Defendants | CIVIL ACTION<br><br>NO. _____ |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this date, a true and correct copy of the foregoing Notice of Removal was served electronically, as well as via first-class mail, postage pre-paid, on the following counsel of record:

Nicholas J. Renzi, Esquire
Adam Renzi Law
301 South 17th Street, Philadelphia, PA 19103
Philadelphia, PA 19103
NR@ARJusticeNow.com

                    Respectfully submitted,

                    **SALMON, RICCHEZZA, SINGER & TURCHI, LLP**

                            /s/ Andrew D. Verrier
                    By:   _____
                            Zachary J. Ballard, Esq. (PA. I.D. 206177)
                            Lisa M. Only, Esq. (PA I.D. 306514)
                            Andrew D. Verrier (PA I.D. 332076)
                            *Attorneys for Defendants*
                            *J.B. Hunt Transport Services, Inc. and Ernesto Piscil-Morales*

Dated: March 9, 2026